```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 30776
   SHAFIULLAH SYED
   FARHEEN SIDDIQUI                          CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
           Debtor
   SSN XXX-XX-6139    SSN XXX-XX-5244

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 11/12/2008 and was not confirmed.

     The case was dismissed without confirmation 03/05/2009.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                          PAID         PAID
------------------------------------------------------------------------------

FIRST COMMERCIAL BANK      CURRENT MORTG        .00           .00           .00
FIRST COMMERCIAL BANK      UNSECURED      NOT FILED           .00           .00
DISH NETWORK               UNSECURED      NOT FILED           .00           .00
SWEDISH COVENANT HOSPITA   UNSECURED      NOT FILED           .00           .00
AT&T                       UNSECURED        1341.46           .00           .00
T MOBILE                   UNSECURED      NOT FILED           .00           .00
PLAINS COMMERCE BANK       UNSECURED      NOT FILED           .00           .00
WEISS MEMORIAL HOSPITAL    UNSECURED      NOT FILED           .00           .00
WEISS MEMORIAL HOSPITAL    UNSECURED      NOT FILED           .00           .00
NORTH WATER MARKET         UNSECURED      NOT FILED           .00           .00
ADVOCATE MEDICAL GROUP     UNSECURED      NOT FILED           .00           .00
ADVANCED RADIOLOGY ASSOC   UNSECURED      NOT FILED           .00           .00
MEDICAL                    UNSECURED      NOT FILED           .00           .00
MIDLAND CREDIT MANAGEMEN   UNSECURED         300.11           .00           .00
ST FRANCIS EMERGENCY PHY   UNSECURED      NOT FILED           .00           .00
MED1 02 ACUTE CARE SPECI   UNSECURED      NOT FILED           .00           .00
ST FRANCIS EMERGENCY PHY   UNSECURED      NOT FILED           .00           .00
ST FRANCIS EMERGENCY PHY   UNSECURED      NOT FILED           .00           .00
ADVANCED RADIOLOGY CONSU   UNSECURED      NOT FILED           .00           .00
NORTHERN LEASING SYSTEM    UNSECURED      NOT FILED           .00           .00
CONSULTANT RADIOLOGISTS    UNSECURED      NOT FILED           .00           .00
CONSULTANT RADIOLOGISTS    UNSECURED      NOT FILED           .00           .00
MED1 02 LUTHERAN GEN HOS   UNSECURED      NOT FILED           .00           .00
MED1 02 LUTHERAN GEN HOS   UNSECURED      NOT FILED           .00           .00
PLAINS COMM                UNSECURED      NOT FILED           .00           .00
PREMIUM ASSET RECOVERY C   UNSECURED      NOT FILED           .00           .00
RACINE COUNTY CLERK OF C   UNSECURED      NOT FILED           .00           .00
TCF BANK                   UNSECURED      NOT FILED           .00           .00
NET ONE INTERNATIONAL      UNSECURED      NOT FILED           .00           .00
NORTH STAR CAPITAL ACQUI   UNSECURED         478.46           .00           .00
BALLY TOTAL FITNESS        UNSECURED        3449.52           .00           .00
ARROW FINANCIAL SERV       UNSECURED         423.59           .00           .00
ERNESTO D BORGES JR        DEBTOR ATTY         .00                          .00
TOM VAUGHN                 TRUSTEE                                          .00
DEBTOR REFUND              REFUND                                           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 30776 SHAFIULLAH SYED & FARHEEN SIDDIQUI
```

```
     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                        RECEIPTS             DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                        ---------------     ---------------
TOTALS                       .00                    .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


     Dated: 03/26/09                /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE